J Christopher Jorgensen, Bar No. 5382
Brittni A. Tanenbaum, Bar No. 16013
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:   702.949.8200
Fax:   702.949.8398
CJorgensen@lewisroca.com
BTanenbaum@lewisroca.com

*Counsel for Defendant Synchrony Bank*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KAY AGUERO,<br><br>   Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; SYNCHRONY FINANCIAL; FIRST SAVINGS BANK; KOHL'S INC.; AVANT, LLC; CAPITAL ONE BANK, NATIONAL ASSOCIATION; THE BANK OF MISSOURI; DISCOVER BANK; FIRST BANK & TRUST; AND COMENITY CAPITAL BANK,<br><br>   Defendants. | Case No.: 2:23-cv-01155-APG-DJA<br><br>**JOINT UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT SYNCHRONY BANK TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Synchrony Bank ("Synchrony") and Plaintiff Kay Aguero ("Plaintiff"), by counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, respectfully request this Court extend the deadline in which Synchrony has to answer or otherwise respond to Plaintiff's Complaint, through and until September 6, 2023. In support of this Motion, the parties stipulate as follows:

1.   This is the first stipulation for extension of time for Synchrony to respond to Plaintiff's Complaint.

2.   On July 21, 2023, Plaintiff filed a Complaint with this Court [ECF No. 1].

122006063.1

3. Synchrony's current deadline to respond to the Complaint is August 16, 2023.

4. In order to evaluate this matter and explore the possibility of early resolution with Plaintiff, counsel for Synchrony desires a twenty-one (21) day extension until September 6, 2023, to file a response to the Complaint.

5. Counsel for Synchrony conferred with Plaintiff's counsel regarding this requested extension, and Plaintiff's counsel has no objection.

6. The foregoing Motion is filed in good faith and not for dilatory or other improper purpose.

7. Plaintiff would not suffer any prejudice by the Court permitting Synchrony the requested extension of time and has consented to the requested extension.

8. Granting this Motion is in the interests of justice and is otherwise the right and proper thing to do.

DATED this 7th day of August, 2023.

**FREEDOM LAW FIRM**

By: */s/ Gerardo Avalos (w/permission)*
   Gerardo Avalos
   8985 South Eastern Avenue, Suite 100
   Las Vegas, NV  89123

*Counsel for Plaintiff Marilea Ellis*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ Brittni Tanenbaum*
   J Christopher Jorgensen
   Brittni A. Tanenbaum
   3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV  89169

*Counsel for Defendant Synchrony Bank*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 8, 2023

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court on August 7, 2023 which sent e-mail notification of such filing to all CM/ECF participants.

       *s/ Sharon L. Kuller*