MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
KRAVITZ SCHNITZER
WATSON & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:  (702) 362-6666
Facsimile:   (702) 362-2203
mesposito@ksjattorneys.com
*Attorneys for Defendant*
*Kohls*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kay Aguero, | Case No.:  2:23-cv-01155 |
| Plaintiff, | |
| v. | |
| | **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSE** |
| Equifax Information Solutions, Inc.; Equifax Information Services. LLC; Synchrony Financial; First Savings Bank; Kohl's Inc.; Avant, LLC; Capital One Bank, National Association; The Bank of Missouri; Discover Bank; First Bank & Trust; and Comenity Capital Bank, | |
| Defendants, | |

Plaintiff, Kay Aguero, (hereinafter "Plaintiff"), by and through its attorneys of record, the law firm FREEDOM LAW FIRM, and KOHL'S INC. (hereinafter "Defendant"), by and through its attorneys of record, the law firm KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD., hereby stipulate and agree as follows:

1. Plaintiff filed her Complaint for Damages Pursuant to the Fair Credit Reporting Act on July 21, 2023;

2. Defendant's deadline to respond, move or otherwise plead to the Complaint is August 16, 2023;

3. Plaintiff and Defendant have agreed to continue Defendant's responsive deadline until September 15, 2023;

KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

4.    This continuance will allow Defendant to marshal and review its records pertaining to the allegations in the Complaint, and allow the Parties time to meaningfully discuss the merits of the same.

5.    This is the first stipulation between the Plaintiff and Defendant to extend the time for Defendant to respond, move, or otherwise plead to the Complaint and it is not being entered into for purposes of delay.

DATED this 15th day of August, 2023.          DATED this 15th day of August, 2023.

KRAVITZ SCHNITZER                              FREEDOM LAW FIRM, LLC
JOHNSON & WATSON, CHTD.


/s/ Michael R. Esposito, Esq.                  /s/ Gerardo Avalos, Esq.
MARTIN J. KRAVITZ, ESQ.                        GEORGE HAINES, ESQ.
Nevada Bar No. 83                              Nevada Bar No. 9411
MICHAEL R. ESPOSITO, ESQ.                      GERARDO AVALOS, ESQ.
Nevada Bar No. 13482                           Nevada Bar No. 15171
8985 S. Eastern Avenue, Suite 200             8985 S. Eastern Avenue, Suite 100
Las Vegas, Nevada 89123                        Las Vegas, Nevada 89123
*Attorneys for Defendant*                      *Attorneys for Plaintiff*
*Kohl's Inc.*                                  *Kay Aguero*


## ORDER


IT IS SO ORDERED.


_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 16, 2023

KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123