George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Kay Aguero*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kay Aguero,<br><br>                  Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc; Equifax Information Services, LLC; Synchrony Financial; First Savings Bank; Kohl's Inc.; Avant, LLC; Capital One Bank; National Association; The Bank Of Missouri; Discover Bank; First Bank & Trust; and Comenity Capital Bank,<br><br>                  Defendants. | Case No.: 2:23-cv-01155-APG-DJA<br><br>**Unopposed Motion for Extension of Time for the Bank of Missouri, N.A. to Answer or Otherwise Plead**<br><br>**First Request** |

MOTION                        - 1 -

Plaintiff Kay Aguero, hereby files this Unopposed Motion for Extension of Time for the Bank of Missouri, N.A. to Answer or Otherwise Plead, and in support states:

The Bank of Missouri, N.A.'s ("The Bank of Missouri") responsive pleading was due on August 28, 2023.

Plaintiff and The Bank of Missouri are actively engaged in case resolution negotiations.

Plaintiff does not oppose an extension of The Bank of Missouri's time to answer the Complaint so that the parties may devote energies to resolving this matter.

Plaintiff files this Motion consistent with its agreement with The Bank of Missouri and further files this motion respectfully requesting the Court for an extension of time for The Bank of Missouri to file its responsive pleading for 14 days to **Thursday, September 14, 2023**.

Good cause exists for this extension because it will allow The Bank of Missouri and its counsel to complete their investigation of the Plaintiff's claim and possible defenses and prepare responsive pleading. It is expected that counsel for Plaintiff and The Bank of Missouri will continue to discuss whether this matter may be resolved without further intervention from the Court in the interim.

This is the first request for an extension of this deadline and the request is made after the deadline has expired due to excusable neglect. The parties previously agreed to an informal extension when they began negotiations for early resolution but the parties failed to submit a request to the Court.

///
///
///
///

For the forgoing reasons, Plaintiff requests that the Court issue an order extending the date to **September 14, 2023** on which The Bank of Missouri must answer Plaintiff's complaint or otherwise plead.

Dated: September 5, 2023.

**FREEDOM LAW FIRM, LLC**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9/7/2023

MOTION                                              - 3 -