George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Kay Aguero*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kay Aguero,<br><br>    Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc; Equifax Information Services, LLC; Synchrony Financial; First Savings Bank; Kohl's Inc.; Avant, LLC; Capital One Bank; National Association; The Bank Of Missouri; Discover Bank; First Bank & Trust; and Comenity Capital Bank,<br><br>    Defendants. | Case No.: 2:23-cv-01155-APG-DJA<br><br>**Unopposed Motion for Extension of Time for the Bank of Missouri, N.A. to Answer or Otherwise Plead**<br><br>**Second Request** |

---

MOTION          - 1 -

1  Plaintiff Kay Aguero, hereby files this Unopposed Motion for Extension of Time for the Bank of Missouri, N.A. to Answer or Otherwise Plead, and in support states:

The Bank of Missouri, N.A.'s ("TBOM") responsive pleading is due on September 14, 2023, as a result of a 14-day extension approved by the Court on September 7, 2023. ECF No. 21.

Plaintiff and The Bank of Missouri are actively engaged in case resolution negotiations.

Plaintiff files this Motion consistent with its agreement with TBOM and further files this motion respectfully requesting the Court for a second extension of time for TBOM to file its responsive pleading for 21 days to **Thursday, October 5, 2023**. Plaintiff does not oppose the requested extension.

Notwithstanding the diligence of TBOM and its counsel with respect to its investigation to date, TBOM seeks additional time to respond to the Complaint for the purpose of completing its investigation of Plaintiff's claims and TBOM's defenses, and discuss the merits of these items and, if warranted, the possibility of settlement, with Plaintiff's counsel.

This is the second request for an extension of this deadline, but the response deadline has not yet expired.

////
///
///
///
///
///
///
///
///

MOTION                              - 2 -

For the forgoing reasons, Plaintiff requests that the Court issue an order extending the date to **October 5, 2023** on which TBOM must answer Plaintiff's complaint or otherwise plead.

Dated: September 13, 2023.

**FREEDOM LAW FIRM, LLC**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9/14/2023