LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com

*Attorneys for Defendant Comenity Capital Bank N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAY AGUERO,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; SYNCHRONY FINANCIAL; FIRST SAVINGS BANK; KOHL'S, IN.C; AVANT, LLC; CAPITAL ONE BANK; NATIONAL ASSOCIATION; THE BANK OF MISSOURI; DISCOVER BANK; FIRST BANK & TRUST; and COMENITY CAPITAL BANK,<br><br>Defendants. | Case No: 2:23-cv-01155-APG-DJA<br><br>**JOINT UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT COMENITY CAPITAL BANK N.A. TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, Defendant Comenity Capital Bank N.A. ("Comenity") and Plaintiff Kay Aguero ("Plaintiff"), by and through their respective counsel, request that the Court grant their Joint Unopposed Motion to Extend the Time for Comenity to answer or otherwise respond to Plaintiff's Complaint. In support of this Motion, the parties stipulate as follows:

1.    The Complaint was served on Comenity on July 26, 2023, via CT Corporation.

2.    There was a delay in CT Corporation delivering the Complaint to Comenity.

///

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

3. Comenity hired new counsel, Joseph Garin of Lipson Neilson P.C., on September 28, 2023.

4. The parties met and conferred about the extension of time to respond to the Complaint and agreed that Comenity's deadline to respond to the Complaint shall be extended to October 30, 2023.

5. There have been no prior extensions of Comenity's deadline to respond to the Complaint,

6. Accordingly, the parties respectfully and jointly request that the Court extend the deadline for Comenity to answer or otherwise respond to the Complaint to October 30, 2023.

IT IS SO STIPULATED.

| Dated this 20th day of October, 2023. | Dated this 20th day of October, 2023. |
|---|---|
| FREEDOM LAW FIRM | LIPSON NEILSON P.C. |
| /s/ Gerardo Avalos | JOSEPH P. GARIN, ESQ. |
| GEORGE HAINES, ESQ. | Nevada Bar No. 6653 |
| Nevada Bar No. 9411 | 9900 Covington Cross Drive, Suite 120 |
| GERARDO AVALOS, ESQ. | Las Vegas, Nevada 89144 |
| Nevada Bar No. 15171 | |
| 8985 S. Eastern Ave., Suite 100 | Attorneys for Defendant Comenity |
| Las Vegas, Nevada 89123 | Capital Bank N.A. |
| Attorneys for Plaintiff | |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge
Dated:  October 23, 2023

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512