George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Kay Aguero*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kay Aguero, | Case No.: 2:23-cv-01155-APG-DJA |
| Plaintiff, | |
| v. | **Stipulation for dismissal of The Bank of Missouri with prejudice.** |
| Experian Information Solutions, Inc.; Equifax Information Services, LLC; Synchrony Financial; First Savings Bank; Kohl's Inc.; Avant, LLC; Capital One Bank, National Association; The Bank of Missouri; Discover Bank; First Bank & Trust; and Comenity Capital Bank, | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Kay Aguero and The Bank of Missouri stipulate to dismiss Plaintiff's claims against The Bank of Missouri with prejudice.

///
///
///
///

_____

STIPULATION                            - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 23, 2023.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Kay Aguero*

**SPENCER FANE LLP**

/s/ Mary E. Bacon
Mary E. Bacon, Esq.
300 South Fourth Street, Suite 950
Las Vegas, NV  89101
*Counsel for The Bank of Missouri*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: October 24, 2023

STIPULATION                                - 2 -