George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Kay Aguero*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kay Aguero,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services, LLC; Synchrony Financial; First Savings Bank; Kohl's Inc.; Avant, LLC; Capital One Bank, National Association; The Bank of Missouri; Discover Bank; First Bank & Trust; and Comenity Capital Bank, | Case No.: 2:23-cv-01155-APG-DJA<br><br>**Stipulation for dismissal of Comenity Capital Bank with prejudice.** |

　　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Kay Aguero and Comenity Capital Bank stipulate to dismiss Plaintiff's claims against Comenity Capital Bank with prejudice.

///
///
///
///

_____

STIPULATION　　　　　　　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 3, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Kay Aguero*

**LIPSON NEILSON P.C.**

/s/ *Joseph P. Garin*
Joseph P. Garin, Esq.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Counsel for Comenity Capital Bank*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: January 4, 2024