# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAY AGUERO, | Case No.: 2:23-cv-01155-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants | |

Plaintiff Kay Aguero obtained a clerk's entry of default against the only remaining defendant, First Savings Bank, on February 22, 2024. ECF No. 58.  Aguero has taken no action since then to prosecute her claims against First Savings Bank.

I THEREFORE ORDER that by October 15, 2024, plaintiff Kay Aguero must voluntarily dismiss her claims against First Savings Bank, move for default judgment, or otherwise advise the court how she intends to proceed against this last defendant.  Failure to respond to this order by that date will result in dismissal of her claims against First Savings Bank without prejudice.

DATED this 1st day of October, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE